UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 07-CR-20411

vs.

                              HON. GEORGE CARAM STEEH

D-5   ERNEST HAYES,

        Defendant.
_____/

## **ORDER DENYING MOTION FOR BOND**

Upon review of the Addendum to Pretrial Services Report and for reasons stated on the record at the earlier detention hearing held on April 3, 2008,

IT IS HEREBY ORDERED that Defendant's oral Motion made on October 21, 2008 for Bond is DENIED.

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

Dated: December 3, 2008

                                      CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on December 3, 2008, by electronic and/or ordinary mail.

                                                    s/Marcia Beauchemin
                                                  Case Manager/Deputy Clerk