UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

Case No. 07-20411

HON. GEORGE CARAM STEEH

D-5 ERNEST TYRONE HAYES,

        Defendant(s).
_____/

## ORDER DENYING MOTION FOR MODIFICATION OF SENTENCE

On November 28, 2011 the defendant filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). He previously had filed a Notice of Appeal on October 3, 2011 which is pending before the Sixth Circuit Court of Appeals. Jurisdiction has transferred to the Court of Appeals, therefore,

**IT IS ORDERED** that the defendant's motion is denied without prejudice.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: January 9, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record and Ernest Tyrone Hayes, #42179-039, P.O. Box 1000, Whitedeer, PA 17887 on January 9, 2012, by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Case Manager/Deputy Clerk